IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Anima Shipping Co., Ltd., | § |
| Plaintiff, | § CIVIL ACTION _____ |
| v. | § IN ADMIRALTY, Rule 9(h) |
| Sinco Shipping Pte Ltd., et al., | § |
| Defendants and Garnishee. | § |

**MOTION AND MEMORANDUM FOR APPOINTMENT
FOR SERVICE OF PROCESS OF MARITIME
ATTACHMENT AND GARNISHMENT**

Plaintiff Anima Shipping Co., Ltd. moves, pursuant to Supplemental Rule B(1)(d)(ii), for an Order appointing Timothy Jay Houseal, or any other qualified person appointed by him, to serve process of maritime garnishment, and any supplemental process in this matter.

Supplemental Rule B(1)(d)(ii) provides in pertinent part as follows:

> If the property is other tangible or intangible property, the summons, process, and any supplemental process must be delivered to a person or organization authorized to serve it, who may be (A) a marshal; (B) someone under contract with the United States; (C) **someone specially appointed by the court for that purpose**; or, (D) in an action brought by the United States, any officer or employee of the United States.

(Emphasis added).

As further grounds for this motion, Plaintiff states that service of the maritime garnishment writs issued in this case will be straightforward, on garnishees located in this District. Utilizing private process service will conserve the resources of the United States Marshal.

Plaintiff will, upon service, promptly cause returns of service to be filed in this case.

WHEREFORE, Plaintiff respectfully requests this Court to grant this motion and herewith submits a draft order.

|  |  |
|---|---|
| OF COUNSEL: | YOUNG CONAWAY STARGATT & TAYLOR LLP |
| J. Stephen Simms<br>Simms Showers LLP<br>201 International Circle, Ste. 230<br>Baltimore, MD 21030<br>Telephone:  (410) 783-5795<br>Facsimile:  (410) 510-1789<br>jssimms@simmsshowers.com | */s/ Timothy Jay Houseal*<br>Timothy Jay Houseal (Del. Bar ID No. 2880)<br>Rodney Square<br>1000 North King Street<br>Wilmington, DE 19801<br>(302) 571-6682<br>*thouseal@ycst.com*<br><br>*Attorneys for Anima Shipping Co., Ltd.* |

Dated: August 26, 2022

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Anima Shipping Co., Ltd., | § |
|     Plaintiff, | § CIVIL ACTION _____ |
| v. | § IN ADMIRALTY, Rule 9(h) |
| Sinco Shipping Pte Ltd. | § |
|     Defendant, | § |
| and | § |
| GoDaddy.com, LLC | § |
|     Garnishee. | § |

## **ORDER**

Plaintiff, having moved for an Order pursuant to Supplemental Rule B(1)(d)(ii) appointing Timothy Jay Houseal, or any other qualified person appointed by him, to serve the process of maritime attachment and garnishment and any supplemental process in this matter, and it appearing that such appointment will result in substantial economies in time and expense,

NOW, on motion of Plaintiff, it is hereby,

ORDERED, that Timothy Jay Houseal, or any other person at least 18 years of age and not a party to this action, appointed by him be and hereby is, appointed to serve the Process of Maritime Attachment and Garnishment, and a copy of the Verified Complaint as issued in this case.

DONE AND ORDERED this \_\_ day of August, 2022.

_____
UNITED STATES DISTRICT JUDGE