IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Anima Shipping Co., Ltd., | § § | CIVIL ACTION _____ |
| Plaintiff, | § § | |
| v. | § § | IN ADMIRALTY, Rule 9(h) |
| Sinco Shipping Pte Ltd. | § § | |
| Defendant, | § § § | |
| and | § § | |
| GoDaddy.com, LLC | § § § | |
| Garnishee. | § | |

**WRIT FOR MARITIME ATTACHMENT AND GARNISHMENT**

**TO GARNISHEE:** **GODADDY.COM, LLC**
**c/o Corporation Service Company**
**251 Little Falls Drive**
**Wilmington, DE 19808**

THE PRESIDENT OF THE UNITED STATES OF AMERICA

THE UNITED STATES MARSHAL FOR THE DISTRICT OF DELAWARE.

GREETING:

      WHEREAS, on August 26, 2022, Plaintiff filed a Verified Complaint against Defendant Sinco Shipping Pte Ltd. for reasons in said complaint mentioned for the sum of **USD 558,207.02** (herein, the "Garnishment Amount") as demanded for the breach of maritime contracts, and praying for process of maritime attachment and garnishment against the property of said Defendant; and

      WHEREAS, this process is issued pursuant to such prayer and requires that Garnishee shall serve Garnishee's answer within twenty-one (21) days after service of process upon the Garnishee and requires that Defendant shall serve its answer within thirty (30) days after process has been executed, whether by attachment of property or service on the Garnishee,

      NOW, THEREFORE, you are hereby commanded that if the said Defendant cannot be found within the District, you attach goods, chattels, credits and effects located and to be found in this District belonging to Defendant, or in the hands of the Garnishee named, up to the

Garnishment Amount and as further demanded in the Verified Complaint and how you shall have executed this process, make known to this Court with your certificate of execution thereof written.

                                          WITNESS THE HONORABLE
                                          Judge of said Court, in said District,
                                          this _____ day of August, 2022.

                                          John A. Cerino, CLERK


                                          BY: _____
                                          Deputy Clerk


NOTE: This process is issued pursuant to Rule B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.