IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Anima Shipping Co., Ltd., § § | |
| § | CIVIL ACTION _____ |
| Plaintiff, § § | |
| v. § | IN ADMIRALTY, Rule 9(h) |
| § | |
| Sinco Shipping Pte Ltd., § | § |
| § | |
| Defendant, § § | |
| and § § | |
| GoDaddy.com, LLC § § | |
| Garnishee. § | |

## DISCLOSURE OF CORPORATE INTEREST

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff Anima Shipping Co., Ltd. states that it is not a publicly traded company and no publicly held corporation owns 10% or more of its stock. No other party has a financial interest in the outcome of this litigation.

OF COUNSEL:

J. Stephen Simms
Simms Showers LLP
201 International Circle, Ste. 230
Baltimore, MD 21030
Telephone: (410) 783-5795
Facsimile: (410) 510-1789
jssimms@simmsshowers.com

YOUNG CONAWAY STARGATT
& TAYLOR LLP

*/s/ Timothy Jay Houseal*
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6682
thouseal@ycst.com

*Attorneys for Anima Shipping Co., Ltd.*

Dated: August 26, 2022