IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| Anima Shipping Co., Ltd., | § § | CIVIL ACTION NO.: 22-cv-1123-UNA |
| Plaintiff, | § § | |
| v. | § § | IN ADMIRALTY, Rule 9(h) |
| Sinco Shipping Pte Ltd., et al., | § § § | |
| Defendant and Garnishee. | § § § | |

## NOTICE OF SERVICE

I hereby certify that, on August 29, 2022, Process of Maritime Attachment and Garnishment, along with a copy of the Orders for the issuance of the Writ and for service of the Writ, and Interrogatories propounded to Garnishee GoDaddy.com, LLC, to be served on Corporation Service Company, Garnishee's Resident Agent, by private service. A copy of the Affidavit of Process Server is attached hereto as Exhibit A.

OF COUNSEL:

J. Stephen Simms
Simms Showers LLP
201 International Circle, Ste. 230
Baltimore, MD 21030
Telephone:  (410) 783-5795
Facsimile:  (410) 510-1789
jssimms@simmsshowers.com

YOUNG CONAWAY STARGATT
& TAYLOR LLP

/s/ Timothy Jay Houseal
Timothy Jay Houseal (Del. Bar ID No. 2880)
Rodney Square
1000 North King Street
Wilmington, DE 19801
(302) 571-6682
thouseal@ycst.com

*Attorneys for Anima Shipping Co., Ltd.*

Dated: August 30, 2022.