# Affidavit of Process Server

IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF DELAWARE

| ANIMA SHIPPING CO., LTD. | VS | SINCO SHIPPING PTE LTD, ET AL. | 22-1123 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

GILBERT DEL VALLE being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 08/29/2022

**Service:** I served GODADDY.COM, LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) WRIT FOR MARITIME ATTACHMENT AND GARNISHMENT; ORDER; ORDER GRANTING MOTION FOR ORDER AUTHORIZING ISSUANCE OF WRIT OF MARITIME GARNISHMENT; LETTER DATED AUGUST 29, 2022;

by leaving with LYNANNE GARES (MANAGING AGENT) At
NAME                RELATIONSHIP

☐ Residence _____
ADDRESS                CITY / STATE

☒ Business C/O CORPORATION SERVICE COMPANY, 251 LITTLE FALLS DRIVE, WILMINGTON, DE 19808
ADDRESS                CITY / STATE

On 08/29/2022 AT 1:10 PM
DATE                TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY   STATE   ZIP

**Manner of Service:**
☒ CORPORATE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Canceled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE  TIME    DATE  TIME

(3) _____ (4) _____ (5) _____
DATE TIME  DATE TIME  DATE TIME

Age 50  Sex FEMALE  Race WHITE  Height 5'5  Weight 180  HAIR BROWN

GILBERT DEL VALLE
BRANDYWINE PROCESS SERVERS, LTD.,
PO BOX 1360, WILMINGTON, DE 19899

SUBSCRIBED AND SWORN to before me this 29TH day of AUGUST ,2022

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires on July 26, 2026

SIGNATURE OF NOTARY PUBLIC
NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS